**Order entered January 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00365-CV

**LEW ANDERTON AND ANDERTON DEVELOPMENT PARTNERSHIP, LP, Appellants**

**V.**

**WILLIAM R. CAWLEY, INDIVIDUALLY AND AS TRUSTEE OF THE BILL CAWLEY 1997 REVOCABLE TRUST, ET AL., Appellees**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 08-05426-K**

## ORDER

The Court has before it appellees' December 27, 2012 unopposed motion for the withdrawal and substitution of counsel. The Court **GRANTS** the motion and **DIRECTS** the Clerk of the Court to remover Lawrence J. Friedman, James R. Krause, Ryan K. Lurich and the law firm of Friedman & Feiger, LLP, as counsel and to substitute Edward P. Perrin, Jr., James N. Henry, Jr., and the law firm of Hallett & Perrin, P.C. as counsel for appellees.

/s/     ELIZABETH LANG-MIERS
        JUSTICE